IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH BARBER,
on behalf of herself and all others
similarly situated,

     *Plaintiff*,

  v.

ELISABETH DEVOS,
  in her official capacity as United
  States Secretary of Education, *et al*,

     *Defendants*.

CASE NO. 20-cv-1137

DECLARATION OF PERSIS YU IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE

I, Persis SiChing Yu, hereby declare as follows:

1. I am the Director of the Student Loan Borrower Assistance Project for The National Consumer Law Center, Inc., a non-profit agency providing legal services to indigent and elderly clients. My office address is 7 Winthrop Square, 4th Floor, Boston, MA 02110, and my telephone number is (617) 542-8010.

2. I submit this declaration in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. I am admitted to practice in the following courts: New York (2010); Massachusetts (2012); Federal District Court of the Western District of New York (2010); Federal District Court of Massachusetts (2016); First Circuit Court of Appeals (2018). I have been admitted *pro hac vice* in the Eastern District of Pennsylvania.

4. No disciplinary proceedings have ever been brought against me in any State or Federal court.

5. I have never sought admission to this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

Signed under penalties of perjury this 1st day of May, 2020 at Boston, Massachusetts.

/s/ *Persis S. Yu*
Persis S. Yu
MA BBO # 685951
National Consumer Law Center
7 Winthrop Square, 4th Fl.
Boston, MA 02110
Phone: 617-542-8010
FAX: 617-542-8028
pyu@nclc.org