IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH BARBER, et al.,

*on behalf of themselves and all others similarly situated*,

   *Plaintiffs*,

  vs.

ELISABETH DEVOS, *in her official capacity as United States Secretary of Education*, and UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No. 20-cv-1137

**DECLARATION OF CLASS ACTION EXPERIENCE OF
ERIC ROTHSCHILD IN SUPPORT OF PLAINTIFFS' AMENDED MOTION
FOR CLASS CERTIFICATION AND APPOINTMENT
OF CLASS COUNSEL**

  I, Eric Rothschild, declare under penalty of perjury that the following is true and correct.

  1. I am Litigation Director at the National Student Legal Defense Network ("Student Defense").

  2. I am a member in good standing of the bar of the District of Columbia and this Court, among other bars.

  3. Together with Alex Elson and Daniel Zibel of Student Defense and attorneys at the National Consumer Law Center, I represent Plaintiffs Elizabeth Barber and Craigory Lee Jenkins in the above-captioned case.

4. Student Defense is a not-for-profit organization, recognized by the Internal Revenue Service as tax exempt under section 501(c)(3) of the Internal Revenue Code, that provides legal advice and representation to student loan borrowers to ensure that higher education provides a launching point to economic mobility. As part of its work, Student Defense represents and advises student loan borrowers regarding their potential rights to debt relief, including through the borrower defense, total and permanent disability, false certification, and closed school discharge processes. Student Defense also represents and/or advises student loan borrowers regarding their potential eligibility and rights to Public Service Loan Forgiveness. Through this work, Student Defense has helped borrowers submit relevant applications to their loan servicers and the United States Department of Education, attempted to resolve issues, and filed litigation on their behalf.

5. Student Defense's attorneys have extensive experience in Administrative Procedure Act ("APA"), the Higher Education Act, and class action litigation. For example, certain counsel, including undersigned, at Student Defense currently represent student loan borrowers in several class-action APA cases, including: *Passut v. DeVos*, No. 1:19-cv-1606 (RBW) (D.D.C. filed on June 3, 2019); *Infusino v. DeVos*, No. 1:19-cv-3162 (D.D.C. filed on Oct. 22, 2019) and *Blanchette v. DeVos*, No. 1:19-cv-1775 (D.D.C. filed on June 18, 2019), and represent individual borrowers in *Armour v. DeVos*, No. 1:19-cv-2556 (D.D.C. filed on Aug. 23, 2019) and *Gold v. DeVos*, No. 1:18-cv-2706 (D.D.C. filed on Nov. 11, 2018). Counsel at Student

Defense have also represented, or are currently representing, organizations challenging unlawful agency actions under the APA that harm students and/or student loan borrowers, including: *Weingarten v. DeVos*, No. 1:19-cv-2056 (D.D.C. filed on July 11, 2019); *American Federation of Teachers v. DeVos*, No. 5:20-cv-00455-EJD (N.D. Cal. filed on Jan. 22, 2020); *National Education Association v. DeVos*, No. 3:18-cv-5173 (N.D. Cal. filed on Aug. 23, 2018); and *Housing and Economic Rights Advocates v. DeVos*, No. 3:18-cv-6854 (N.D. Cal. filed on Nov. 13, 2018). Finally, counsel at Student Defense currently represent student loan borrowers in the proposed class action lawsuit *Dunagan v. Illinois Institute of Art-Chicago*, No. 1:19-cv-809 (N.D. Ill. notice of removal filed on Feb. 7, 2019).

6. Prior to joining Student Defense, I was a partner at the law firm Pepper Hamilton LLP and Senior Litigation Counsel at Americans United for the Separation of Church and State. At both positions I represented students at the K-12 level, including in *Kitzmiller v. Dover Area School District*, 04-cv-2688 (M.D. Pa.), *Issa v. School District of Lancaster*, No. 16-3528 (E.D. Pa.), a class action, and *Doe v. Bossier Area School District*, 5:18-cv-152 (W.D. La.). At Americans United, I also represented clients in class action Administrative Procedures Act cases against the federal government.

7. Further information about my credentials is available at https://www.defendstudents.org/about/staff/eric-rothschild. Further information about Mr. Elson's and Mr. Zibel's credentials are available, respectively, at

https://www.defendstudents.org/about/staff/alex-elson, and

https://www.defendstudents.org/about/staff/daniel-zibel.

8.      Together with our co-counsel at National Consumer Law Center, I and my colleagues at Student Defense are committed to representing the interests of the Class members fairly and adequately, and to dedicating whatever resources are necessary to zealously represent the members of the Class.

Signed under penalties of perjury on May 7, 2020.

/s/Eric Rothschild
Eric Rothschild
Litigation Director
National Student Legal Defense
Network
