IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH BARBER, et al.,

*on behalf of themselves and all others similarly situated*,

      *Plaintiffs,*

vs.

ELISABETH DEVOS, *in her official capacity as United States Secretary of Education*, and UNITED STATES DEPARTMENT OF EDUCATION,

      *Defendants.*

Case No. 20-cv-1137

**DECLARATION OF CLASS ACTION EXPERIENCE OF
STUART T. ROSSMAN IN SUPPORT OF PLAINTIFFS' AMENDED
MOTION FOR CLASS CERTIFICATION AND APPOINTMENT
OF CLASS COUNSEL**

I, Stuart T. Rossman, declare the following under the penalties of perjury:

1. I am a senior attorney and Director of Litigation at the National Consumer Law Center in Boston, Massachusetts.

2. I have been admitted to practice before the Massachusetts Supreme Judicial Court since 1978, and the United States District Court for the District of Massachusetts and the First Circuit Court of Appeals since 1979.

3. I am a graduate of the Harvard Law School (J.D., *cum laude*, 1978) and the University of Michigan (B.A., *magna cum laude*, 1975).

4. From 1978 to 1991 I was first an associate, and then a partner, in the litigation department at the Boston law firm of Gaston & Snow. My practice consisted entirely of civil trial cases, including, but not limited to, litigation on behalf of consumers injured by unfair and deceptive business practices.

5. From 1991 to 1999 I served as an Assistant Attorney General in the Massachusetts' Attorney General's Office. From 1991 to 1995 I was Chief of the Trial Division, representing government agencies in a wide variety of civil litigation cases, primarily in defensive, but also in affirmative, matters. The nature of the cases I supervised or tried included a full spectrum of tort and contract claims brought against the Commonwealth. The practice also included representation of government agencies in employment disputes, environmental and civil rights violation claims.

6. From 1995 to 1999 I was Chief of the Business and Labor Protection Bureau. The newly created Bureau focused on combating white-collar economic fraud through criminal and civil enforcement. It consisted of the Insurance Fraud Division, the Unemployment Fraud Division, the Medicaid Fraud Control Unit and the Fair Labor and Business Practices Division.

7. Since 1993 I have been a member of the adjunct faculty at the Northeastern University School of Law teaching annual courses in Civil Trial Advocacy. During the Fall, 2010 term at Northeastern University School of Law I was the Givelber Distinguished Visiting Lecturer in Public Interest Law teaching a seminar on Predatory Lending litigation. In 2003 I co-taught a Consumer Law Class at the Suffolk University School of Law. In 2015, 2016 and 2018 I taught a seminar on Consumer Class Actions as a visiting lecturer at the University of Michigan Law School. I also have lectured frequently and/or chaired litigation oriented educational programs for PLI, the American Association for Justice, the National Association of Consumer Advocates, the National Legal Aid and Defenders Association, MCLE, the Massachusetts Bar Association and the Boston Bar Association.

8. On July 1, 1999, I became the Director of Litigation at the National Consumer Law Center where I am responsible for coordinating and litigating cases on behalf of income and/or age qualified individuals, primarily in the areas of consumer financing, utilities regulation and affordable housing. In that capacity, I have been qualified to file appearances, *pro hac vice*, on behalf of consumers in class actions formerly or currently pending in the United States District Courts for the Southern and Eastern Districts of New York, New Jersey, Eastern and Western Districts of Pennsylvania, Puerto Rico, Georgia, Central District of Tennessee, Northern District of Illinois, Kansas, the Central and Northern Districts of California and the Western District of Washington.

9. I am a member of the bars of the United States Supreme Court, the Unites States Court of Claims, the Unites States Courts of Appeal for the 1st, 2nd, 4th, 6th and 9th Circuits and the United States District Court for the Western District of New York.

10. In addition, I have been qualified to file appearances, *pro hac vice*, on behalf of consumers in class actions filed in the state courts of California, Ohio, Rhode Island, Washington and Wisconsin.

11. I have participated in numerous consumer class actions filed in the United States District Court for Massachusetts and the courts of the Commonwealth of Massachusetts.

12. While at the National Consumer Law Center I have been lead or co-counsel in over 100 filed consumer class action cases, including, but not limited to, Cason v. Nissan Motor Acceptance Corp., C.A. No. 3-98-0223, U.S. D. Ct. Middle District of Tennessee; Coleman v. General Motors Acceptance Corp., C.A. No. 3-98-0211, U.S. D. Ct. Middle District of Tennessee; Morkavage v. Morgan Stanley Dean Witter, C.A. 99-40114, U.S. D. Ct. District of Massachusetts; Follansbee v. Discover Financial Services, C.A. N. 99-C-3827, U.S. D. Ct. Northern District of Illinois; and Chilson v. Associates National Bank, C.A. 2000-0776, Massachusetts (Worcester County) Superior Court; Samuel v. EquiCredit, C.A. No. 00-6196, U.S. D. Ct. Eastern District of Pennsylvania; Jones v. Ford Motor Credit Co., Case No. 00-Civ-8330, U.S. D. Ct. Southern District of New York; Smith v. Chrysler Financial Company, Civil Action No. 00-6003, U.S. D. Ct. of New Jersey; Sandoval v. Washington Mutual, C.A. No. 01-2-06488-1, Superior Court of the State of Washington ; Baltimore v. Toyota Motor Credit Corp., C.A. No CV-01-05564 NM, U.S. D. Ct. Central District of California; Borlay v. Primus Automotive Financial Services, Inc., Civil No. 3:02-0382, U.S. D. Ct. Middle District of Tennessee; Willis v. American Honda Finance Corp., Case No. 3-02-0490, U.S. D. Ct. Middle District of Tennessee; Osborne v. Bank of America, Case No. 3-02-0364, U.S. D. Ct. Middle District of Tennessee; Russell v. Bank One, Case No. 3-02-0365, U.S. D. Ct. Middle District of Tennessee; Logan v. Firstar, Case No. 3-02-0681, U.S. D. Ct. Middle District of Tennessee; Zipperer v. Supportkids, Inc., Case No. 02 CV 233, State of Wisconsin Circuit Court (Manitowoc County); In Re Washington Mutual Overdraft Protection Litigation, Case No. 03-2566 ABC, U.S. D. Ct. Central District of California; Hood v. Santa Barbara Bank & Trust, Case No. 1156354, Superior Court of the State of California (Santa Barbara County); Pettway v. Harmon Law Offices, P.C., Case No. 03-10932-RCL, U.S. D. Ct. District of Massachusetts; Wilborn v. Bank One Corp., Case No. 03-cv-02674, Ohio Common Pleas Court (Mahoning County); Amos v. Advanced Funding,

Inc, Civil Action No. 1-04-CV-2911, U.S. D. Ct. Northern District of Georgia (Atlanta Division); Henry v. Structured Investments Co., Inc., Case No. 05CC00167, Superior Court of the State of California (Orange County); Duff v. Washington Mutual Bank, Case No. 2:04-cv-2309 JLR, U.S. D. Ct. Western District of Washington at Seattle; White, et al. v. Experian Information Solutions, Inc., et al., Case No. SA CV05-2070, U.S. D. Ct. Central District of California; Alleyne v. Flagstar, et al., Case No. 07-12128, U.S. D. Ct. District of Massachusetts; Mogel v. Unum Life Insurance Company of America, Case No. 07-CA-10955, U.S. D. Ct. District of Massachusetts; Puello v. Citifinancial/Citigroup., Case No. 08-10417, U.S. D. Ct. District of Massachusetts; Barrett v. Option One/ H& R Block Bank, Case No. 08-10157, U.S. D. Ct. District of Massachusetts; Blake v. Riddle & Wood, P.C. , Case N. 08-12033, U.S. D. Ct. District of Massachusetts; Faber v. Metropolitan Life Insurance Company, Civ. Act. No.: 08 Civ. 10588, U.S. D. Ct. Southern District of New York; Tammaro v. Direct Federal Credit Union, C.A. No. 08-5508-BLS2, Massachusetts (Suffolk Business Litigation Session) Superior Court: Rodriguez v. Chase Bank USA, N.A., Case No. 1:09-CV-10614, U.S. D. Ct. District of Massachusetts; Vander Luitgaren v. Sun Life Assurance Company, et al., Case No. 09-CV-11410, U.S. D. Ct. District of Massachusetts; Powell-Perry v. Branch Banking & Trust, Inc., et al., C.A. 1:09-cv-619, U.S. D. Ct. Middle District of North Carolina; Yourke v. Bank of America, N.A., et al., Civil Action No. 09-02186, U.S. D. Ct. Northern District of California; Bosque v. Wells Fargo Bank, N.A., Civil Action No. 10-10311, U.S. D. Ct. District of Massachusetts; Johnson v. BAC Home Loans Servicing , LP, Civil Action No. 10-10316, U.S. D. Ct. District of Massachusetts; Durmic v. J.P. Morgan Chase Bank, N.A., Civil Action No. 10-10380, U.S. D. Ct. District of Massachusetts; Belyea v. Litton Loan Servicing, LLP, Case Number 1:10-cv-10931.LLP., U.S. D. Ct. District of Massachusetts; Merrimon v. Unum Life Insurance Company of America, Civ. No. 10-cv-447, U.S. D. Ct. District of Maine; Otte v. Life Insurance Company of North America, Civ. No. 09 CV 11537, U.S. D. Ct. District of Massachusetts; Adkins v. Morgan Stanley, No. 12-CIV-7667, U.S. D. Ct. Southern District of New York.

13. The National Consumer Law Center ("NCLC") has been referred to as the "leading non-profit low-income consumer advocacy organization in the country. Memorandum and Order, January 27, 1999, Mazola, et al v. The May Department Stores Company, United States District Court for the District of Massachusetts, 97-CV-10872-NG (J. Gertner). NCLC has been representing low-income consumers before government agencies, Congress and state legislatures since 1969. It has appeared in the United States Supreme Court and federal and state courts and has successfully presented many important cases affecting consumer borrowers. It

AMENDED MOTION FOR CLASS CERTIFICATION
EXH. B – ROSSMAN DECL.

provides consultation and assistance to legal services, private and government attorneys in all fifty states. NCLC publishes a nationally acclaimed series of manuals on all major aspects of consumer credit and sales. It also conducts training sessions nationally on the rights of consumer borrowers for attorneys, paralegals and other counselors. NCLC works closely with lawyers representing low- income consumers, and with federal and state officials, labor unions, and community and civil rights organizations to promote justice for consumers. NCLC maintains offices in Boston, Massachusetts and Washington, D.C.

14. The Center's staff of over 50 permanent employees includes 29 attorneys who possess over 250 cumulative years of specialized consumer law expertise. In addition, a changing mix of special projects attorneys, consultants, fellows, and temporary hires normally supplements the regular staff. NCLC is governed by a volunteer national board of directors that has included a past president of the American Bar Association, a former Arizona Solicitor General, as well as bar association representatives and clients from low-income communities.

15. As Director of Litigation at the National Consumer Law Center I have coordinated the National Consumer Law Center's annual Consumer Class Action Symposium since its first presentation in Baltimore, MD, in October, 2001. I am the co-editor of the 10th Edition of the NCLC Consumer Class Actions manual.

16. One of the issue areas that NCLC focuses its attention on is federal student loans. NCLC's Student Loan Borrower Assistance Project provides information about student borrowers' rights and seeks to increase public understanding of student lending issues and to identify policy solutions to promote access to education and lessen student debt burdens. The Project's attorneys provide direct representation to low-income student loan borrowers in distress on their federal and private student loans. NCLC also consults with civil legal services organizations across the country that represent low-income student loan borrowers in their local communities.

17. I personally have been involved in identifying and investigating the claims asserted in this case on behalf of the putative class and my office has sufficient resources available that we are prepared to commit to fairly and adequately representing the interests of the proposed class if certified.

18. In staffing this case at NCLC, I will be assisted by:

<u>Persis Yu</u>, a staff attorney at NCLC and the director of NCLC's Student Loan Borrower Assistance Project. Prior to joining NCLC, Ms. Yu was a Hanna S. Cohn Equal Justice Fellow at Empire Justice Center in Rochester, New York. Her fellowship project focused on credit reporting issues facing low-income consumers, specifically in the areas of accuracy, housing and employment. Ms. Yu is a graduate of Seattle University School of Law, and holds a Masters of Social Work from the University of Washington, and a Bachelor of Arts from Mount Holyoke College. She is a co-author of NCLC's Student Loan Law and contributor to NCLC's Fair Credit Reporting publications.

Signed under the pains and penalties of perjury this 7th day of May, 2020.

/s/ *Stuart T. Rossman*
Stuart T. Rossman B.B.O. #430640
National Consumer Law Center
7 Winthrop Square 4th Floor
Boston, MA 02110
(617) 542-8010
srossman@nclc.org