## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ELIZABETH BARBER, et al.

*on behalf of themselves and all others*
*similarly situated,*

     *Plaintiffs,*

    vs.

ELISABETH DEVOS, *in her official*
*capacity as United States Secretary of*
*Education*, and UNITED STATES
DEPARTMENT OF EDUCATION,

     *Defendants.*

Case No. 20-cv-1137

## <u>DECLARATION OF PLAINTIFF CRAIGORY LEE A. JENKINS IN</u>
## <u>SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION</u>

I, Craigory Lee A. Jenkins, declare under penalty of perjury that the following is

true and correct:

1.      I am a Plaintiff in the above-titled case. I submit this declaration in

support of my motion for a preliminary injunction to prevent the United States

Department of Education from unlawfully garnishing my wages and from retaining

prior funds unlawfully garnished. In particular, I submit this declaration to convey

how the Department's actions are currently harming me.

2.      I have personal knowledge of the following facts, and if called as a

witness, I could and would competently testify thereto.

3.      I am 30 years old and live in Seminole, Florida.

4.      I am currently employed as a sales specialist for cabinets at Lowe's Home Centers in Pinellas Park, Florida.

5.      I earn $17.58 per hour, and earned a total of approximately $29,000 in 2019.

6.      The money I earn as a sales specialist at Lowe's is my sole source of income.

7.      Beginning in March 2020 and continuing to the present, the Department has garnished approximately 15 percent of the wages from my paychecks.

8.      My paystub dated March 13, 2020 shows that $203.95 was garnished. A true and correct copy of that paystub is attached hereto as Exhibit A.

9.      My paystub dated March 27, 2020 shows that $235.17 was garnished. A true and correct copy of that paystub is attached hereto as Exhibit B.

10.     My paystub dated April 10, 2020 shows that $228.65 was garnished. A true and correct copy of that paystub is attached hereto as Exhibit C.

11.     My paystub dated April 24, 2020 shows that $276.25 was garnished. A true and correct copy of that paystub is attached hereto as Exhibit D.

12.     My paystub dated May 8, 2020 shows that $204.16 was garnished. The May 8 paystub also shows that $1,148.18 had been garnished in the 2020 calendar year. A true and correct copy of that paystub is attached hereto as Exhibit E.

13.     I have not received a refund of any of these garnished wages.

14.     On May 6, 2020, Lowe's informed me that it could not suspend garnishment of my wages because it had not received a letter from the United States Department of Education instructing it to do so.

15.     Prior to and at the beginning of the COVID-19 pandemic, Lowe's provided bonuses for certain sales on custom cabinets. Because of the pandemic, those bonuses are no longer offered to me.

16.     Due to the pandemic, my customer base has declined dramatically because people are delaying kitchen remodels and do not want to have strangers in their homes for cabinet installation.

17.     Due to the decrease in my customer base, even if the bonuses were provided again it would be exceedingly difficult to earn a sales performance bonus.

18.     Normally, I rely on public transportation to commute to and from work. Because of the COVID-19 pandemic, public transportation has become less frequent and reliable, which has forced me to spend additional money on rideshare services like Uber to get to work.

19.     I am living paycheck to paycheck and struggling to make ends meet, so every dollar matters.

20.     I have to leave bills unpaid in order to cover my basic expenses. I am past due on my water and electric bills and past due on this month's rent.

21.     I am using the $986 from my May 8, 2020 paycheck to pay my overdue rent, which totals $1,650. To cover the difference, I am borrowing money from a friend.

22.     Until my next paycheck in two weeks, I will have no money in the bank. I don't have sufficient funds to go grocery shopping, so I will need to scrape by with what I currently have in my pantry.

23.     As past due amounts continue to grow, my inability to earn bonuses due to COVID-19 has magnified my financial struggles.

24.     The funds that the Department has illegally taken from me are necessary for me to satisfy my basic needs, as well as my financial and life obligations, during the pandemic.

Signed under penalties of perjury on May 7, 2020.

Craigory Lee A. Jenkins

| Lowe's Home Centers, LLC<br>1000 Lowe's Boulevard<br>Mooresville, NC 28117-8520<br>1-844-475-6937 | Pay Group:   USHI<br>Pay Begin Date: 02/22/2020<br>Pay End Date:  03/06/2020 | Check #:<br>Check Date:   03/13/2020 |
|---|---|---|
| | | **TAX DATA:** |
| **Craigory Lee Jenkins**<br>████ Dr<br>Seminole, FL 33772 | Employee ID:   ████████<br>Location:   1190-Pinellas PARK,<br>Job Title:   Sales Specialist Cabinets<br>Pay Rate:   $17.58 Hourly | To view your tax withholdings,<br>go to Workday -> Pay -> View Tax Elections |

### HOURS AND EARNINGS

| | ------- Pay Period ------- | | ---------------- Current ---------------- | | | ----------- YTD ----------- | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Description** | **Begin Date** | **End Date** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Sick Pay | 02/29/2020 | 03/06/2020 | 17.58 | 8 | 140.64 | 8 | 140.64 | OASDI | 76.30 | 422.06 |
| Regular | 02/22/2020 | 03/06/2020 | 17.58 | 68.24 | 1,199.67 | 456.48 | 7,518.96 | Medicare | 17.85 | 98.71 |
| Overtime | 01/25/2020 | 01/31/2020 | 0 | 0.82 | -7.21 | 2.91 | | | | |
| Overtime | 01/25/2020 | 01/31/2020 | 0 | 0.82 | 7.30 | 2.91 | 69.22 | | | |
| Overtime | 01/11/2020 | 01/17/2020 | 0 | 0.82 | -8.96 | 2.91 | | | | |
| Overtime | 01/11/2020 | 01/17/2020 | 0 | 1.2 | 9.08 | 2.91 | | | | |
| Overtime | 12/28/2019 | 01/03/2020 | 0 | 0.77 | -5.77 | 2.91 | | | | |
| Overtime | 12/28/2019 | 01/03/2020 | 0 | 0.77 | 5.85 | 2.91 | | | | |
| Other | | | | | 113.19 | | 237.55 | | | |
| **TOTAL:** | | | | | **1,453.79** | | **7,966.37** | **TOTAL:** | **94.15** | **520.77** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Commuter Benefit | 60.00 | 180.00 | Fixed Indemnity | 6.00 | 36.00 | Basic Life ER | 0.59 | 3.54 |
| Dental Self Before-Tax | 6.47 | 38.82 | SUPP Life | 0.75 | 4.14 | Commuter Benefit Subsidy | 25.00 | 75.00 |
| Health Care FSA | 57.70 | 346.20 | Student Loan (1029387811) | 203.95 | 203.95 | Medical Self ER Non-Taxable | 179.58 | 1,077.48 |
| Medical | 90.00 | 540.00 | | | | | | |
| Vision | 9.00 | 54.00 | | | | | | |
| **TOTAL:** | **223.17** | **1,159.02** | **TOTAL:** | **210.70** | **244.09** | **TOTAL:** | **205.17** | **1,156.02** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,453.79 | 1,230.62 | 94.15 | 433.87 | 925.77 |
| YTD | 7,966.37 | 6,807.35 | 520.77 | 1403.11 | 6,042.49 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | ████████ | 925.77 |
| **TOTAL:** | | | **925.77** |

**MESSAGE:**  #1 *Taxable Employer Paid Benefit<br>#2<br>#3

| Lowe's Home Centers, LLC<br>1000 Lowe's Boulevard<br>Mooresville, NC 28117-8520<br>1-844-475-6937 | Pay Group: USHI<br>Pay Begin Date: 03/07/2020<br>Pay End Date: 03/20/2020 | Check #:<br>Check Date: 03/27/2020 |
|---|---|---|
| | | **TAX DATA:** |
| **Craigory Lee Jenkins**<br><br>Seminole, FL 33772 | Employee ID:<br>Location: 1190-Pinellas PARK,<br>Job Title: Sales Specialist Cabinets<br>Pay Rate: $17.58 Hourly | To view your tax withholdings,<br>go to Workday -> Pay -> View Tax Elections |

## HOURS AND EARNINGS

| | ------- Pay Period ------- | | --------------- Current --------------- | | | ----------- YTD ----------- | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Description** | **Begin Date** **End Date** | | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Overtime | 03/14/2020 | 03/20/2020 | 26.37 | 0.3 | 7.92 | 3.21 | 77.33 | OASDI | 94.30 | 516.36 |
| Regular | 03/07/2020 | 03/20/2020 | 17.58 | 64.55 | 1,134.79 | 521.03 | 8,653.75 | Medicare | 22.05 | 120.76 |
| Sick Pay | 03/07/2020 | 03/13/2020 | 17.58 | 8 | 140.64 | 16 | 281.28 | | | |
| Vacation | 03/07/2020 | 03/13/2020 | 17.58 | 8 | 140.64 | 8 | 140.64 | | | |
| Overtime | 02/15/2020 | 02/21/2020 | 0 | 0.12 | -1.06 | 3.21 | | | | |
| Overtime | 02/15/2020 | 02/21/2020 | 0 | 0.12 | 1.25 | 3.21 | | | | |
| Contest | 02/13/2020 | 02/18/2020 | 0 | 0 | 260.00 | 0 | 265.00 | | | |
| HOL Fixed | | | 0 | | | 8 | 119.36 | | | |
| Winning Together | | | 0 | | | 0 | 113.19 | | | |
| **TOTAL:** | | | | | **1,684.18** | | **9,650.55** | **TOTAL:** | **116.35** | **637.12** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Commuter Benefit | | 180.00 | Fixed Indemnity | 6.00 | 42.00 | Basic Life ER | 0.59 | 4.13 |
| Dental Self Before-Tax | 6.47 | 45.29 | SUPP Life | 0.75 | 4.89 | Commuter Benefit Subsidy | | 75.00 |
| Health Care FSA | 57.70 | 403.90 | Student Loan (1029387811) | 235.17 | 439.12 | Medical Self ER Non-Taxable | 179.58 | 1,257.06 |
| Medical | 90.00 | 630.00 | | | | | | |
| Vision | 9.00 | 63.00 | | | | | | |
| **TOTAL:** | **163.17** | **1,322.19** | **TOTAL:** | **241.92** | **486.01** | **TOTAL:** | **180.17** | **1,336.19** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,684.18 | 1,521.01 | 116.35 | 405.09 | 1,162.74 |
| YTD | 9,650.55 | 8,328.36 | 637.12 | 1808.20 | 7,205.23 |

## NET PAY DISTRIBUTION

| **Payment Type** | **Account Type** | **Account Number** | **Amount** |
|---|---|---|---|
| | Direct Deposit | | 1162.74 |
| **TOTAL:** | | | **1162.74** |

**MESSAGE:** #1 *Taxable Employer Paid Benefit<br>#2<br>#3

Jenkins Decl. Exh. B

| Lowe's Home Centers, LLC<br>1000 Lowe's Boulevard<br>Mooresville, NC 28117-8520<br>1-844-475-6937 | Pay Group:       USHI<br>Pay Begin Date: 03/21/2020<br>Pay End Date:  04/03/2020 | Check #:<br>Check Date:   04/10/2020 |
|---|---|---|
| | | **TAX DATA:** |
| **Craigory Lee Jenkins**<br><br>Seminole, FL 33772 | Employee ID:<br>Location:       1190-Pinellas PARK,<br>Job Title:       Sales Specialist Cabinets<br>Pay Rate:       $17.58 Hourly | To view your tax withholdings,<br>go to Workday -> Pay -> View Tax Elections |

### HOURS AND EARNINGS

| | ------- Pay Period ------- | | ---------------- Current ---------------- | | | ----------- YTD ----------- | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Description** | **Begin Date** | **End Date** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Overtime | 03/28/2020 | 04/03/2020 | 26.37 | 1.22 | 32.18 | 4.43 | 109.51 | OASDI | 87.35 | 603.71 |
| Regular | 03/21/2020 | 04/03/2020 | 17.58 | 79.63 | 1,399.90 | 600.66 | 10,053.65 | Medicare | 20.43 | 141.19 |
| Contest | 02/24/2020 | 03/01/2020 | | 0 | 200.00 | 0 | 465.00 | | | |
| Emergency Assistance | | | 0 | | | 0 | 300.00 | | | |
| HOL Fixed | | | 0 | | | 8 | 119.36 | | | |
| Winning Together | | | 0 | | | 0 | 113.19 | | | |
| Sick Pay | | | 0 | | | 16 | 281.28 | | | |
| Vacation | | | 0 | | | 8 | 140.64 | | | |
| **TOTAL:** | | | | | **1,632.08** | | **11,582.63** | **TOTAL:** | **107.78** | **744.90** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Commuter Benefit | 60.00 | 240.00 | Fixed Indemnity | 6.00 | 48.00 | Basic Life ER | 0.59 | 4.72 |
| Dental Self Before-Tax | 6.47 | 51.76 | SUPP Life | 0.75 | 5.64 | Commuter Benefit Subsidy | 25.00 | 100.00 |
| Health Care FSA | 57.70 | 461.60 | Student Loan (1029387811) | 228.65 | 667.77 | Medical Self ER Non-Taxable | 179.58 | 1,436.64 |
| Medical | 90.00 | 720.00 | | | | | | |
| Vision | 9.00 | 72.00 | | | | | | |
| **TOTAL:** | **223.17** | **1,545.36** | **TOTAL:** | **235.40** | **721.41** | **TOTAL:** | **205.17** | **1,541.36** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,632.08 | 1,408.91 | 107.78 | 458.57 | 1,065.73 |
| YTD | 11,282.63 | 9,737.27 | 744.90 | 2266.77 | 8,570.96 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | | 1065.73 |
| **TOTAL:** | | | **1065.73** |

MESSAGE:   #1  *Taxable Employer Paid Benefit
#2
#3

| Lowe's Home Centers, LLC | Pay Group: USHI | Check #: |
|---|---|---|
| 1000 Lowe's Boulevard | Pay Begin Date: 04/04/2020 | Check Date: 04/24/2020 |
| Mooresville, NC 28117-8520 | Pay End Date: 04/17/2020 | |
| 1-844-475-6937 | | **TAX DATA:** |

| | | |
|---|---|---|
| **Craigory Lee Jenkins** | Employee ID: | To view your tax withholdings, go to Workday -> Pay -> View Tax Elections |
| Seminole, FL 33772 | Location: 1190-Pinellas PARK, | |
| | Job Title: Sales Specialist Cabinets | |
| | Pay Rate: $17.58 Hourly | |

## HOURS AND EARNINGS

| | ------- Pay Period ------- | | ---- Current ---- | | | ---- YTD ---- | | **TAXES** | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Vacation | 04/11/2020 | 04/17/2020 | 17.58 | 11 | 193.38 | 19 | 334.02 | OASDI | 112.69 | 716.40 |
| Hours Worked Differential | 04/04/2020 | 04/17/2020 | 0 | 0 | 147.30 | 0 | 147.30 | Medicare | 26.35 | 167.54 |
| Overtime | 04/04/2020 | 04/10/2020 | 27.45 | 4.93 | 135.33 | 9.36 | 245.45 | | | |
| Regular | 04/04/2020 | 04/17/2020 | 17.58 | 68.72 | 1,208.10 | 669.38 | 11,261.75 | | | |
| Overtime | 03/28/2020 | 04/03/2020 | 0 | 1.22 | -10.73 | 9.36 | | | | |
| Overtime | 03/28/2020 | 04/03/2020 | 0 | 1.22 | 10.83 | 9.36 | | | | |
| Contest | 03/21/2020 | 04/10/2020 | 0 | 0 | 21.00 | 0 | 761.00 | | | |
| Overtime | 03/14/2020 | 03/20/2020 | 0 | 0.3 | -2.64 | 9.36 | | | | |
| Other | | | | | 278.15 | | 813.83 | | | |
| **TOTAL:** | | | | | 1,980.72 | | 13,563.35 | **TOTAL:** | 139.04 | 883.94 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Commuter Benefit | | 240.00 | Fixed Indemnity | 6.00 | 54.00 | Basic Life ER | 0.59 | 5.31 |
| Dental Self Before-Tax | 6.47 | 58.23 | SUPP Life | 0.75 | 6.39 | Commuter Benefit Subsidy | | 100.00 |
| Health Care FSA | 57.70 | 519.30 | Student Loan (1029387811) | 276.25 | 944.02 | Medical Self ER Non-Taxable | 179.58 | 1,616.22 |
| Medical | 90.00 | 810.00 | | | | | | |
| Vision | 9.00 | 81.00 | | | | | | |
| **TOTAL:** | 163.17 | 1,708.53 | **TOTAL:** | 283.00 | 1,004.41 | **TOTAL:** | 180.17 | 1,721.53 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,980.72 | 1,817.55 | 139.04 | 446.17 | 1,395.51 |
| YTD | 13,263.35 | 11,554.82 | 883.94 | 2712.94 | 9,966.47 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | | 1395.51 |
| **TOTAL:** | | | 1395.51 |

MESSAGE: #1 *Taxable Employer Paid Benefit
#2
#3

| Lowe's Home Centers, LLC<br>1000 Lowe's Boulevard<br>Mooresville, NC 28117-8520<br>1-844-475-6937 | Pay Group: USHI<br>Pay Begin Date: 04/18/2020<br>Pay End Date: 05/01/2020 | Check #:<br>Check Date: 05/08/2020 |
|---|---|---|
| | | **TAX DATA:** |
| **Craigory Lee Jenkins**<br>Seminole, FL 33772 | Employee ID:<br>Location: 1190-Pinellas PARK,<br>Job Title: Sales Specialist Cabinets<br>Pay Rate: $17.58 Hourly | To view your tax withholdings,<br>go to Workday -> Pay -> View Tax Elections |

### HOURS AND EARNINGS

| | | | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | ------ Pay Period ------ | | -------- Current -------- | | | ------- YTD ------- | | | | |
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Hours Worked Differential | 04/18/2020 | 05/01/2020 | 0 | 0 | 149.16 | 0 | 296.46 | OASDI | 80.42 | 796.82 |
| Regular | 04/18/2020 | 05/01/2020 | 17.58 | 74.58 | 1,311.12 | 743.96 | 12,572.87 | Medicare | 18.81 | 186.35 |
| Contest | | | 0 | | | 0 | 761.00 | | | |
| Emergency Assistance | | | 0 | | | 0 | 300.00 | | | |
| HOL Fixed | | | 0 | | | 8 | 119.36 | | | |
| Overtime | | | 22.38 | | | 9.36 | 245.45 | | | |
| Winning Together | | | 0 | | | 0 | 113.19 | | | |
| Sick Pay | | | 0 | | | 16 | 281.28 | | | |
| Vacation | | | 0 | | | 19 | 334.02 | | | |
| **TOTAL:** | | | | | 1,460.28 | | 15,023.63 | **TOTAL:** | 99.23 | 983.17 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Commuter Benefit | | 240.00 | Fixed Indemnity | 6.00 | 60.00 | Basic Life ER | 0.59 | 5.90 |
| Dental Self Before-Tax | 6.47 | 64.70 | SUPP Life | 0.75 | 7.14 | Commuter Benefit Subsidy | | 100.00 |
| Health Care FSA | 57.70 | 577.00 | Student Loan (1029387811) | 204.16 | 1,148.18 | Medical Self ER Non-Taxable | 179.58 | 1,795.80 |
| Medical | 90.00 | 900.00 | | | | | | |
| Vision | 9.00 | 90.00 | | | | | | |
| **TOTAL:** | 163.17 | 1,871.70 | **TOTAL:** | 210.91 | 1,215.32 | **TOTAL:** | 180.17 | 1,901.70 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,460.28 | 1,297.11 | 99.23 | 374.08 | 986.97 |
| YTD | 14,723.63 | 12,851.93 | 983.17 | 3087.02 | 10,953.44 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | | 986.97 |
| **TOTAL:** | | | 986.97 |

**MESSAGE:** #1 *Taxable Employer Paid Benefit<br>#2<br>#3

Jenkins Decl. Exh. E