## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH BARBER, on behalf of herself and all others similarly situated, | Civil Action No. 1:20-cv-01137-CJN |
| Plaintiffs, | |
| v. | |
| ELISABETH DeVOS, in her official capacity as United States Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, | |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to the Court's minute order of May 8, 2020, the parties hereby submit the following Joint Status Report:

1.      The parties are meeting and conferring regarding the possibility of resolving Plaintiffs' Amended Motion to Certify Class (ECF No. 10) and Motion for a Preliminary Injunction (ECF No. 11) without the need for briefing or resolution by the Court.

2.      Defendants state that they are continuing to endeavor to halt all wage garnishments authorized under section 488A of the Higher Education Act of 1965 (20 U.S.C. § 1095a) or section 3720D of title 31, United States Code, as required by section 3513(e) of the CARES Act.  As of March 13, 2020, there were approximately 390,000 borrowers subject to wage garnishment.  As of May 7, 2020, there are approximately 54,000 borrowers still subject to wage garnishment.

3.      At present, the parties are discussing that, for a period of time, Defendants will provide periodic reports on the status of these efforts in lieu of further briefing and consideration

of the Motion for Preliminary Injunction [Dkt. 11]. The parties are still discussing the timing,

format, and content of these reports.

4.      The parties are also discussing possible resolution of Plaintiffs' class certification

motion or the scheduling of briefing that motion.

5.      In light of these developments, the parties propose filing a further status report on

Thursday, May 14, 2020, setting forth the outcome of these discussions and, if briefing on either

motion is necessary, proposing a briefing schedule at that time.  The status report will also

address the need for a hearing, a proposed date for any such hearing, and whether there are any

factual disputes that require an evidentiary hearing.  *See* May 8, 2020, Minute Order.

6.      Because under the Local Rules Defendants' response to Plaintiff Craigory Lee

Jenkins' Motion for Preliminary Injunction is due May 14, 2020, the parties request that that

deadline be stayed.  The Parties will supplement their positions with respect to staying the

Motion for Preliminary Injunction in the May 14 status report, pending an agreement on the

timing, format, and content of the periodic reporting.

Dated:  May 11, 2020

*/s/Alexander S. Elson*
Daniel A. Zibel (D.C. Bar No. 491377)
Eric Rothschild (D.C. Bar No. 1048877)
Alexander S. Elson (D.C. Bar No. 1602459)
National Student Legal Defense Network
1015 15th Street NW, Suite 600
Washington, DC 20005
(202) 734-7495
alex@defendstudents.org
eric@defendstudents.org
dan@defendstudents.org

Stuart T. Rossman* (BBO No. 430640)
Persis Yu* (BBO No. 685951)
National Consumer Law Center
7 Winthrop Square, Fourth Floor
Boston, MA 02110
(617) 542-8010
srossman@nclc.org
pyu@nclc.org

*Counsel for Plaintiffs*
* admitted *pro hac vice*

Respectfully submitted,

JOSEPH H. HUNT
Civil Division

MARCIA BERMAN
Assistant Branch Director, Federal Programs
Branch

*/s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendants*