**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELIZABETH BARBER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DeVOS, in her official capacity as United States Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Civil Action No. 1:20-cv-01137-CJN |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSE TO THE AMENDED COMPLAINT**

Upon consideration of Defendants' Unopposed Motion for Extension of Time to File Answer or Other Response to the Amended Complaint, and good cause having been found, it is hereby

**ORDERED** that Defendants have until July 20, 2020, to file their answer or other response to the Amended Complaint.

So ordered on this _____ day of _____, 2020.

_____
Carl J. Nichols
United States District Judge