IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH BARBER, *et al.,* on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DeVOS, in her official capacity as United States Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Civil Action No. 1:20-cv-01137-CJN |

**DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR
SUMMARY JUDGMENT**

Defendants, by their undersigned counsel, hereby move for dismissal of this case under Federal Rule of Civil Procedure 12(b)(1) on the ground that the Court lacks subject-matter jurisdiction because Plaintiffs' claims are moot or under Federal Rule of Civil Proceudre 12(b)(7) on the ground that Plaintiffs have failed to join necessary parties.  In the alternative, Defendants move for summary judgment under Federal Rule of Civil Procedure 56 on the ground that there are no material facts in dispute and they are entitled to judgment as a matter of law.  The grounds for this motion are set forth in the accompanying Memorandum in Support of Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, the accompanying Declaration of Joseph L. Lindsey and previously filed Declaration of Mark A. Brown (ECF No. 20-1), and the accompanying Statement of Material Facts as to Which There Is No Genuine Dispute.  Two proposed Orders are also submitted.

Dated: July 20, 2020            Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director, Federal Programs Branch

*/s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendants*

2