IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH BARBER, et al., *on behalf of themselves and all others similarly situated*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> ELISABETH DEVOS, *in her official capacity as United States Secretary of Education*, and UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants.* | Case No. 20-cv-1137 |

I, Joe L. Lindsey, hereby declare under the penalty of perjury as follows:

1. I am over the age of 18 and competent to testify to the matters herein.

2. I am the Principal Deputy Chief Operating Officer of Federal Student Aid ("FSA") in the U.S. Department of Education (the "Department"). I was appointed to my position on July 29, 2019, by Chief Operating Officer of Federal Student Aid, Mark A. Brown. I served in the U.S. Air Force ("USAF") for 29 years and retired as a colonel. Most recently, I served as a Congressional Appropriations Liaison in the Office of the Under Secretary of Defense, Comptroller. Prior to that I served in a series of roles in the USAF.

3. I certify that I am duly authorized, am qualified, and have been given authority by the Department to make the statements contained in this Declaration in support of the Department's Motion to Dismiss or, in the Alternative, for Summary Judgment. The statements contained herein are based on my personal knowledge as an employee of the Department, information I have received in my official capacity from other Department employees and Department

contractors, including Maximus Federal Servicers ("Maximus"), and my review of the pertinent records.

4.      As the Principal Deputy Chief Operating Officer, I assist in overseeing the management of FSA.  Through my duties as Principal Deputy Chief Operating Officer, I am familiar with the Department's efforts to carry out the mandates of Congress in the CARES Act, including the steps taken by the Department and Maximus to cease wage garnishments until September 30, 2020, pursuant to Section 3513(e)(1) of the CARES Act.

5.      FSA is a performance-based organization in the Department that was established by Congress in title I, part D of the Higher Education Act of 1965, as amended ("HEA"), to manage the administrative and oversight functions supporting the Federal student financial aid programs authorized under title IV of the HEA.  Those programs include the William D. Ford Federal Direct Loan program, the Federal Pell Grant Program and the Federal Work-Study Program.

6.       Under the Direct Loan Program, the Department makes loans to undergraduate and graduate students and their parents to pay the costs of attending institutions of higher education.  The Department makes and disburses the loans and collects the loans once the borrower enters repayment.  The Department contracts with private companies to service and collect on the loans.  If a borrower defaults on a loan (generally by not making a payment for 270 days), the Department can collect on the loan through administrative wage garnishment, Federal tax offset or litigation.  As of the end of March 2020, there were more than 35 million borrowers with Direct Loans with a total outstanding balance of more than $1.28 trillion.

**THE DEPARTMENT'S ACTIONS TO EFFECTUATE SECTION 3513 OF THE CARES ACT**

7. The Department's contractor, Maximus Federal Servicers ("Maximus"), continues to attempt to re-contact by phone or written notifications those non-compliant employers who continue to send in garnishment payments, prioritizing employers by the number of employees they are garnishing.

8. The Department reviews regular reports (at least weekly) from Maximus on which employers have recently garnished wages and on Maximus' calls and letters to those employers to remind them to stop garnishing wages and discusses with Maximus what further action will be taken.

9. For the week ending June 25, 2020, the Department received payments from garnishment by approximately 2900 employers affecting 1.1% of the total number of unique borrowers for which the Department has received an AWG payment since March 13, 2020.

10. For the week ending July 9, 2020, the Department received payments from garnishment by approximately 2147 employers affecting 0.66% of the total number of unique borrowers for which the Department has received an AWG payment since March 13, 2020.

11. Approximately 89% of the remaining non-compliant employers are only garnishing one borrower's wages.

12. We believe that many of the remaining non-compliant employers are small businesses that have been affected by the national emergency (e.g., working offsite, reduced staff or even in a few instances have gone out of business).

**REFUNDS**

13. The Department has also acted to refund payments claimed through AWG since March 13, 2020, as quickly as possible.

14. The Department has taken this step even though refunds are not required by the CARES Act.

15. As of July 9, 2020, the Department has now issued AWG refunds totaling over $178 million to over 374,000 borrowers, representing over 96% of the wages garnished since March 13, 2020. Refunds for the remaining borrowers have been initiated by FSA and are either being actively processed or on hold because the borrowers owed a refund have an invalid address on file.

16. Both named plaintiffs (Ms. Barber & Ms. Jenkins) have been issued refunds for their garnishments and both plaintiffs have cashed all of those refunds.

**INVALID ADDRESSES**

17. As of July 9, 2020, there were fewer than 19,000 borrowers without valid addresses on file.

18. FSA continues to work to validate addresses by sending emails to the borrowers (most if not all of whom have email addresses on file) on a weekly basis notifying them they are owed a refund and instructing them how to access and use the Debt Resolution Portal to confirm their address.

19. Maximus has implemented targeted messaging in their Interactive Voice Response (IVR) systems and updated scripts for call center representatives prompting borrowers who calls to provide FSA with a valid address.

20. For those borrowers with invalid addresses FSA and Maximus deployed an address validation tool on the Debt Resolution Portal, https://myeddebt.ed.gov/borrower/.

21. FSA, thru Maximus, has sent special communications to employers requesting that they instruct borrowers to provide us with a valid address.

22. The Department is also working with the Department of Treasury to locate correct addresses for these borrowers.

23. In the meantime, all garnishment funds received by the Department are applied to each borrower's account until such time as a refund can be processed and sent to the borrower. I declare under penalty of perjury, pursuant to the provisions of 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this day of July 20, 2020.

*Joe L. Lindsey*
_____
Joe L. Lindsey
Principal Deputy, Chief Operating Officer
Office of Federal Student Aid
United States Department of Education