IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH BARBER, *et al.,* on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DeVOS, in her official capacity as United States Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Civil Action No. 1:20-cv-01137-CJN |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Upon consideration of Defendants' Motion to Dismiss, the opposition thereto, and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion to Dismiss be, and hereby is, granted; and it is further

**ORDERED** that this action is dismissed with prejudice.

So ordered on this _____ day of _____, 2020.

_____
Hon. Carl J. Nichols
United States District Judge