IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH BARBER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PHIL ROSENFELT, in his official capacity as Acting United States Secretary of Education,[1] and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | Case No. 20-cv-1137-CJN |

**DEFENDANTS' STATUS REPORT**

The Court's minute order of June 22, 2020, directed Defendants to submit biweekly status reports, "apprising the Court of: (1) the percentage of borrowers whose wages are being garnished; (2) the percentage of refunds issued; (3) the means the Department [of Education ('Department')] is using to contact employers continuing to garnish wages; (4) how many borrowers do not have a valid address on file; and (5) a description of the Department's attempts to reach them." Pursuant to this Order, Defendants hereby submit the following Status Report:

(1) <u>The percentage of borrowers whose wages are being garnished</u>:

The Department generally records on a weekly basis the percentage of borrowers for whom it received an administrative wage garnishment ("AWG") payment from an employer,

---

[1] Acting Secretary Rosenfelt is hereby substituted for former Secretary DeVos pursuant to Federal Rule of Civil Procedure 25(d).

4

during the week at issue, compared against the total number of unique borrowers for which the Department had received an AWG payment since March 13, 2020. Decl. of Mark A. Brown, Chief Operating Officer, Federal Student Aid ("FSA"), U.S. Department of Education (ECF No. 20-1) ¶ 40. However, as of October 30, 2020, the Department shut down the post office box where AWG payments were received.[2] Status Report (Nov. 16, 2020) (ECF No. 45). Since the post office box to which the payments are sent has now been closed, the Department does not receive the payments or any information about the number or identity of the borrowers whose wages were garnished or of the employers still garnishing. The payments are being automatically returned to the employers by the U.S. Postal Service without any involvement by the Department.

For the week ending January 21, 2021, the Department processed a limited number of garnishment payments sent (mistakenly) to another post office box or that had been received earlier but not associated with the correct borrower. Specifically, the Department processed garnishment payments by approximately 7 employers affecting 0.002% of the total number of unique borrowers for which the Department has received an AWG payment since March 13, 2020.

(2)  The percentage of refunds issued:

As of January 21, 2021, the Department has now issued AWG refunds totaling over $186 million to over 381,000 borrowers, representing over 97% of the wages garnished since March 13,

---

[2] The Department has extended the period of suspension of involuntary collection of student loans from the end date of September 30, 2020, provided by the Coronavirus Aid, Relief, and Economic Security ("CARES") Act, first to December 31, 2020, then until January 31, 2021 and most recently through at least September 30, 2021. *See* 85 Fed. Reg. 79,856, 79,863 (Dec. 11, 2020); 86 Fed. Reg. 5008 (Jan. 19, 2021); *see also* https://studentaid.gov/announcements-events/coronavirus.

2020. Refunds for the remaining borrowers have been initiated by FSA and are either being actively processed or on hold because the borrowers owed a refund have an invalid address on file. The Department continues to refund any payments that are received from employers and to refund payments to borrowers once a valid address is received for the borrower. In the meantime, all garnishment funds received by the Department are applied to each borrower's account until such time as a refund can be processed and sent to the borrower. As for payments returned unopened since the closing of the post office box, it is the responsibility of the employers to return these unauthorized garnishments to their employees.

(3) <u>The means the Department is using to contact employers continuing to garnish wages</u>:

In the month prior to the closure of the post office box, the Department sent notifications to employers from whom a garnishment payment was received, informing them that the Department had notified them multiple times to stop garnishments and that the post office box was being shut down and instructing them to restore any returned garnished funds subsequently received to the employee.

(4) <u>How many borrowers do not have a valid address on file</u>:

As of January 21, 2021, there were fewer than 23,250 borrowers without valid addresses on file.

(5) <u>A description of the Department's attempts to reach them</u>:

The Department continues to work to validate addresses by sending emails to the borrowers (most if not all of whom have email addresses on file) on a weekly basis notifying them they are owed a refund and instructing them how to access and use the Debt Resolution Portal to confirm their address. The Department is also working with the Department of

4

Treasury to locate correct addresses for these borrowers.

Dated: January 25, 2021               Respectfully submitted,

                                                     BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division

MARCIA BERMAN
Assistant Branch Director, Federal Programs Branch

*/s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice Civil Division,
Federal Programs Branch
P.O. Box 883 Washington, DC
20044 Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendants*